# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ESTHER MYRTLE SOLOMON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:22-CV-00016 JAR |
| ) | |
| ANN SPALL, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on several pending motions: Defendant Ann Spall and Fontbonne University's Motion to Dismiss and Motion for Protective Order to Stay Discovery Pending Ruling on Motion to Dismiss (Doc. No. 4); Defendant Andrew Mehalko's Motion to Dismiss (Doc. No. 9); Plaintiff's Motion to Compel Defendant to give a full and complete answer (Doc. No. 5); and two Objections to Notice of Removal and Jurisdictional Challenge filed by Plaintiff (Doc. Nos. 11, 12).

The Federal Rules of Civil Procedure do not provide for an objection once a case is removed to federal court. While pro se litigants are not exempt from compliance with the Federal Rules, the Court must also keep in mind that a pro se filing is to be liberally construed and held to less stringent standards than formal pleadings drafted by lawyers. See Estelle v. Gamble, 429 U.S. 97, 106 (1976) (finding a document filed pro se is "to be liberally construed"). The Court will, therefore, construe Plaintiff's objections as a motion for remand to state court and give Defendants ten days to file their response thereto. The Court will also stay the briefing on Defendants' motions

1

to dismiss pending the Court's ruling on Plaintiff's motion to remand. Plaintiff's motion to compel a full and complete answer to her complaint will be denied as premature.

Accordingly,

**IT IS HEREBY ORDERED** that **within ten (10) days of the date of this Order**, Defendants shall file a response to Plaintiff's objections to the notice of removal and jurisdictional challenge, construed as a motion to remand. Plaintiff shall have **seven (7) days thereafter** to file any reply.

**IT IS FURTHER ORDERED** that briefing on Defendants' motions to dismiss is **STAYED** pending the Court's ruling on Plaintiff's motion to remand.

**IT IS FINALLY ORDERED** that Plaintiff's motion to compel [5] is **DENIED** as premature.

Dated this 24th day of January, 2022.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**