**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ESTHER MYRTLE SOLOMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:22-CV-00016 JAR |
| ) | |
| ANN SPALL, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' motions to dismiss. (Doc. Nos. 4, 9). Plaintiff was directed to respond to Defendants' motions (Doc. No. 20) and the Court is now in receipt of Plaintiff's filing entitled "COMPLAINANT'S APPOINTMENT OF JURISDICTION OF UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI EASTERN DIVISION" which purports to appoint the undersigned as trustee of the ESTHER MYRTLE SOLOMON TRUST (Doc. No. 21). There is no legal basis for Plaintiff's filing and the Court rejects it. Furthermore, Plaintiff's response is mostly nonsensical and not responsive to any of the issues raised in Defendants' pending motions to dismiss. The Court therefore considers Defendants' motions as unopposed and finds that Plaintiff fails to state a plausible claim against Defendants. For these reasons, the Court will grant Defendants' motions and dismiss this case without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motions to dismiss [4, 9] are **GRANTED** and this matter is **DISMISSED without prejudice**.

A separate Order of Dismissal accompanies this Memorandum and Order.

Dated this 15th day of March, 2022.

                                                                  _____
                                                                  JOHN A. ROSS
                                                                  UNITED STATES DISTRICT JUDGE