# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ESTHER MYRTLE SOLOMON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:22-CV-00016 JAR |
| ANN SPALL, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This closed civil case is before the Court on Plaintiff's Response and Objection to Defendants' Motion to Dismiss and Motion for Protective Order to Stay Discovery, filed on March 17, 2022. (Doc. No. 24). On March 15, 2022, the Court granted Defendants' motions to dismiss, finding Plaintiff failed to state a plausible claim, and dismissed this case without prejudice. (Doc. Nos. 22, 23). The Court liberally construes Plaintiff's recent filing as a motion for reconsideration. In her filing, Plaintiff has simply repeated arguments previously addressed by this Court and failed to demonstrate any manifest error of law that would cause it to reconsider its previous order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Response and Objection to Defendants' Motion to Dismiss and Motion for Protective Order to Stay Discovery [24], construed as a motion for reconsideration, is **DENIED**.

Dated this 22nd day of March, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

1